## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| CHESAPEAKE MEDICAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08CV740-HEH |
| | ) | |
| ANTHEM HEALTH PLANS | ) | |
| OF VIRGINIA, INC., HEALTHKEEPERS, | ) | |
| INC., and SOUTHEAST SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Remand (Dk. No. 5), filed on December 8, 2008. For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED, and the case is REMANDED to the Lancaster County General District Court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and the Clerk for the Lancaster County General District Court.

It is SO ORDERED.

                                               /s/
                                         Henry E. Hudson
                                         United States District Judge

Date: Jan. 12, 2009
Richmond, VA